UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>CHRISTOPHER SCOTT CRAWFORD,<br><br>            Defendant. | Case No. 22-237 SKV<br><br>DETENTION ORDER |

Mr. Crawford is charged with Cyberstalking, 18 U.S.C. §§ 2261A(2)(B) and 2261(b)(6). On June 6, 2022, Mr. Crawford's detention hearing was held before the undersigned. The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Mr. Crawford poses a risk of nonappearance due to his history of failures to appear, multiple pending charges for similar offenses, alleged conduct in the instant offense while on pretrial release from Snohomish County and outstanding warrants in multiple jurisdictions. Mr. Crawford also appears to have alternative birth dates and Social Security numbers.

DETENTION ORDER - 1

2. Mr. Crawford poses a risk of danger due to his criminal history, repeated pattern of similar alleged violations against the same victim, prior protection orders issued for the victim and other individuals that appear to have been violated by Mr. Crawford.

3. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Crawford's appearance at future court hearings while addressing the danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1) Mr. Crawford shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Crawford shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Crawford is confined shall deliver him to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Crawford, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 6th day of June, 2022.

*[signature]*
MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3