1

2

3

4

5

6

7

8

9

10

11

12

13

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

v.

CHRISTOPHER SCOTT CRAWFORD,

Defendant.

CASE NO. 2:22-cr-00087-JHC

ORDER DENYING MOTION FOR
RECONSIDERATION

14

15

16

17

     This matter comes before the Court on Defendant's Motion for Reconsideration Pursuant to Local Criminal Rule 12(b)(13).  Dkt. # 45.  Because the motion neither shows manifest error in the Court's prior ruling nor presents new legal authority or facts to support reconsidering that ruling, the Court DENIES the motion.

18

     Dated this 3rd day of February, 2023.

19

20

21

22

John H. Chun
United States District Judge

23

24

ORDER DENYING MOTION FOR RECONSIDERATION - 1