THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER S. CRAWFORD,<br><br>Defendant. | No. CR22-087-JLR<br><br>(~~PROPOSED~~) ORDER GRANTING MOTION TO SEAL EXHIBITS |

THIS MATTER has come before the undersigned on Christopher Crawford's Motion to Seal Exhibits A and B to his Motion to Exclude Evidence of a 2012 Protective Order at Trial. The Court has considered the motion and records in this case and finds there are compelling reasons to file the exhibits under seal.

IT IS ORDERED that Exhibits A and B be filed under seal.

DATED this 30th day of May 2023.

JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Jesse Cantor*
s/ *Nancy Tenney*
Attorneys for Christopher Crawford

ORDER TO SEAL EXHIBITS
(*United States v. Crawford*, CR22-087-JLR) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100