UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>CHRISTOPHER SCOTT CRAWFORD,<br><br>            Defendant. | CASE NO. CR22-0087JLR<br><br>ORDER |

Before the court is Defendant Christopher Scott Crawford's motion *in limine* to exclude evidence and testimony relating to a 2012 agreed protective order prohibiting contact between Mr. Crawford and members of K.C.'s family. (MIL (Dkt. # 75); *see id.* Ex. A (Dkt. # 76-1 (sealed)).) Plaintiff the United States of America opposes the motion. (MIL Resp. (Dkt. # 80).) Having considered the submissions of the parties, the relevant

//

//

ORDER - 1

1  portions of the record, and the governing law, the court DENIES Mr. Crawford's motion

2  *in limine* (Dkt. # 75).

3  Dated this 30th day of May, 2023.

_____
JAMES L. ROBART
United States District Judge

ORDER - 2