THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR22-0087JLR |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER GRANTING DEFENSE MOTION TO WITHDRAW AS COUNSEL AND FOR THE APPOINTMENT OF CJA CONFLICT COUNSEL |
| CHRISTOPHER S. CRAWFORD, | |
| Defendant. | |

THIS COURT having been presented with the defendant's motion for new counsel and after reviewing the reasons presented together with the record, the defense motion is GRANTED.  The court further orders the CJA department to appoint new counsel for the defendant.

DATED: 12th day of June, 2023

JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION
TO WITHDRAW AS COUNSEL
(*USA v. Crawford*, CR22-087-JLR) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100