The Honorable James L. Robart

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>CHRISTOPHER S. CRAWFORD,<br><br>Defendant. | NO. CR22-087 JLR<br><br>ORDER TO SEAL ADMITTED EXHIBITS |

Having read the Government's Motion to Seal and because of the sensitive materials contained in the exhibits admitted at trial,

It is hereby ORDERED that the exhibits, shall remain sealed.

DATED this 16th day of June, 2023.

_____
JAMES L. ROBART
United States District Judge

Presented by:

s/ Cecelia Gregson
s/ Elyne Vaught
CECELIA GREGSON
ELYNE VAUGHT
Assistant United States Attorney

Order to Seal - 1
United States v. Crawford / CR22-087 JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970