Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR22-87 JLR |
| Plaintiff, | PROTECTIVE ORDER |
| v. | |
| CHRISTOPHER SCOTT CRAWFORD, | |
| Defendant. | |

This matter comes before the Court on the Stipulated Motion for Protective Order regarding discovery materials, as permitted by Fed. R. Crim. P. 16(d). Having considered the record and files herein, the Court finds there is good cause to grant the stipulated motion, and hence:

IT IS HEREBY ORDERED that the discovery materials discussed in the Motion for the Protective Order and referred to therein as "Protected Material," marked specially as "Subject to Protective Order," may be produced to counsel for the defendant in this case.

IT IS FURTHER ORDERED that possession of Protected Material is limited to the attorney of record in this case and the attorney's staff, and to any investigators, expert witnesses, and other agents the attorney of record retains in connection with this case,

PROTECTIVE ORDER / CR22-87 JLR
*United States v. Christopher Scott Crawford.* - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

collectively referred to as "the defense team." The attorneys of record, and their investigators, expert witnesses, and other agents may review Protected Material with the defendant. The defendant may inspect and review Protected Material, but shall not be allowed to possess, photograph, or record Protected Material or otherwise retain Protected Material or copies thereof.

IT IS FURTHER ORDERED that defense counsel shall not provide Protected Material, or copies thereof, to any other person who is not a member of the defense team, including the defendant. Defense counsel may send electronic copies of Protected Material to the Federal Detention Center (FDC) for defendant's review. Any Protected Material sent to the FDC must be sent with the designation as Protected so that the FDC may maintain all copies for the defendant's review in the Education Law Library.

IT IS FURTHER ORDERED that the defendant, defense counsel, and others to whom disclosure of the content of the Protected Material may be necessary to assist with the preparation of the defense, shall not disclose the Protected Material or its contents, other than as necessary for the preparation of defenses at trial and in subsequent appellate proceedings, if necessary.

IT IS FURTHER ORDERED that if defense counsel finds it necessary to file any documents marked as Protected Material, the material shall be filed under seal with the Court.

IT IS FURTHER ORDERED that, notwithstanding the above, any nude or intimate images of the alleged victim in this case shall not be produced by the government but shall be retained in the government's custody and control. Members of the defense team, not including the defendant, may review these materials at a mutually agreeable time at the government's offices, in the presence of government counsel or agents of the government. No copies of such images shall be disseminated outside of the government's control. Nothing in the paragraph prohibits the use of such images as exhibits at any trial in this matter, subject to further direction and orders by the Court as to the manner of their use.

//

PROTECTIVE ORDER / CR22-87 JLR
*United States v. Christopher Scott Crawford.* - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Except as noted above with respect to nude/intimate images of the alleged victim, nothing in this Protective Order prohibits defense counsel from showing the Protected Material, or reviewing its contents, with the defendant or with others to whom disclosure may be necessary to assist with the preparation of the defense at trial and in subsequent appellate proceedings, if necessary.

Nothing in this Protective Order prohibits defense counsel from disputing the designation of material as Protected Material and, if agreement cannot be reached between the parties, to seeking a determination by this Court.

Nothing in this Protective Order prohibits defense counsel from moving to modify the Protective Order in the event the defendant's ability to review discovery becomes unduly restricted, including, but not limited to, by having insufficient time to review discovery in the FDC law library.

At the conclusion of the case, the Protected Material shall be returned to the United States, or destroyed, or otherwise stored in a manner to ensure that it is not subsequently duplicated or disseminated in violation of this Protective Order.

DATED this 27th day of June, 2023.

_____
HONORABLE JAMES L. ROBART
United States District Judge

Presented by:

*/s/ Cecelia Gregson*
CECELIA GREGSON
Assistant United States Attorney

*/s/ Michael G. Martin*
MICHAEL G. MARTIN
Attorney for Christopher S. Crawford

PROTECTIVE ORDER / CR22-87 JLR
*United States v. Christopher Scott Crawford.* - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970