Judge James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR22-00087JLR |
| Plaintiff, | |
| vs. | ORDER CONTINUING SENTENCING DATE |
| CHRISTOPHER SCOTT CRAWFORD, | |
| Defendant | |

This matter having come before the Court on the motion of defendant Christopher Scott Crawford for an order continuing the sentencing date in this matter to a date no earlier than September 25, 2023 and no later than October 20, 2023, the Court finds as follows.

On June 7, 2023, Mr. Crawford was convicted by a jury after a four day trial. Dkt. Nos. 90, 100, 101, 103. The Court set sentencing for August 29, 2023. That date was later changed to August 28, 2023 to accommodate the Court's calendar. Dkt. Nos. 103, 128.

Two days after the return of the verdict, counsel for Mr. Crawford filed a motion seeking authorization to withdraw from representing Mr. Crawford. Dkt. No. 117, 118.

The Court granted the motion seeking leave to withdraw on June 12, 2023. Dkt. No. 120.

ORDER CONTINUING
SENTENCING DATE
(Crawford, CR22-00087JLR) - 1

SIDERIUS LONERGAN & MARTIN LLP
ATTORNEYS AT LAW
500 UNION STREET, SUITE 847
SEATTLE, WA 98101
(206) 624-2800
FAX (206) 624-2805

New counsel was not appointed to represent Mr. Crawford until June 26, 2023. Dkt. No. 125.

The government began producing discovery to defense counsel on June 27, 2023. The first production was approximately 14 GB of data in zipped files. Additional discovery was produced over the next several weeks, including production of more than once gigabyte of discovery the week of August 14, 2023.

The total discovery production consisted totaled more than 360 GB of data. The production of this discovery to previous defense counsel began after the issuance of the first protective order by the Court on June 22, 2022. Dkt. No. 18.

Due to the volume of discovery produced and his own caseload, current defense counsel has had limited time to devote to review of all the discovery.

Based on all the above, even with the exercise of due diligence, counsel for Mr. Crawford has not had sufficient time to review and digest the most relevant discovery in this matter to effectively prepare for the sentencing now scheduled for August 28, 2023. In order to provide Mr. Crawford with the effective assistance of counsel at sentencing, a continuance of the current sentencing date is requested.

The Court notes that the victim and the family of the victim oppose the requested continuance. The Court is mindful of the desire to proceed to sentencing as quickly as possible and to put this matter behind them and also notes that the government understands the need for defense counsel to have sufficient time to review the produced discovery and to effectively prepare for sentencing. Now, therefore,

ORDER CONTINUING
SENTENCING DATE
(Crawford, CR22-00087JLR) - 2

SIDERIUS LONERGAN & MARTIN LLP
ATTORNEYS AT LAW
500 UNION STREET, SUITE 847
SEATTLE, WA 98101
(206) 624-2800
FAX (206) 624-2805


IT IS HEREBY ORDERED that the sentencing date in this matter is continued from August 28, 2023 to September 25, 2023 at 11:00am.

DONE THIS 21ST DAY OF AUGUST, 2023.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Michael G. Martin
Michael G. Martin, WSBA # 11508
Attorney for Defendant
Siderius Lonergan & Martin LLP
500 Union Street, Suite 847
Seattle, WA 98101
(206) 624-2800
Fax (206) 624-2805
Email: michaelm@sidlon.com

ORDER CONTINUING
SENTENCING DATE
(Crawford, CR22-00087JLR) - 3

SIDERIUS LONERGAN & MARTIN LLP
ATTORNEYS AT LAW
500 UNION STREET, SUITE 847
SEATTLE, WA 98101
(206) 624-2800
FAX (206) 624-2805