Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR22-087 JLR |
| Plaintiff, | |
| v. | ORDER GRANTING UNITED STATES' MOTION TO FILE OVER-LENGTH BRIEF IN EXCESS OF 4,200 WORDS |
| CHRISTOPHER SCOTT CRAWFORD, | |
| Defendant. | |

The Court, having reviewed the Motion of the United States to File a Brief in Excess of 4,200 words, hereby enters the following order:

IT IS HEREBY ORDERED that the Motion is GRANTED. The United States may file its Motion for No Contact Order with Victim that does not exceed 4,716 words.

DATED this __20th__ day of May, 2026.

_____
JAMES L. ROBART
United States District Judge

PRESENTED BY:

_s/ Cecelia Gregson_
CECELIA GREGSON
Assistant United States Attorney

Order Permitting Over-Length Brief - 1
*United States v. Crawford* / CR22-087 JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970