Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>CHRISTOPHER SCOTT CRAWFORD,<br><br>Defendant. | NO. CR22-087 JLR<br><br><br><br>ORDER TO SEAL DOCUMENT |

Having read the Government's Motion to Seal and because of the sensitive information contained in Exhibits 1 through 11 of the government's Motion For Imposition of No Contact Order with Victim,

It is hereby ORDERED that Exhibits 1 through 11 shall remain sealed.

DATED this __20th__ day of May, 2026.

JAMES L. ROBART
United States District Judge

Presented by:

*s/ Cecelia Gregson*
CECELIA GREGSON
Assistant United States Attorney

Order to Seal - 1
*United States v. Crawford* / CR22-087 JRL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970