Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR22-087 JLR |
| Plaintiff | |
| v. | ORDER TO SEAL DOCUMENT |
| CHRISTOPHER SCOTT CRAWFORD, | |
| Defendant. | |

Having read the Government's Motion to Seal and because of the sensitive information contained in the Supplemental Exhibit of the government's Motion For Imposition of No Contact Order with Victim (Dkt. 163),

It is hereby ORDERED that the Supplemental Exhibit shall remain sealed.

DATED this 17th day of June, 2026.

_____
JAMES L. ROBART
United States District Judge

Presented by:

*s/ Cecelia Gregson*
CECELIA GREGSON
Assistant United States Attorney

Order to Seal - 1
*United States v. Crawford* / CR22-087 JRL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970